G. L. Ohrstrom & Company, Incorporated, Respondent, v. Christian E. Smith, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers by October fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. Edward Rogacki and Others, Appellants.— Time for argument enlarged to and including November 14, 1930. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. Guy Swezey, Appellant.— Time for argument enlarged to and including November 14, 1930. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of Burt A. Smith, an Attorney and Counselor at Law.— Issues raised by petition and answer referred to Hon. Charles A. Pooley, official referee. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

National Bank of Geneva, Respondent, v. Josephine S. Henry, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs on appeal by November first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Frank X. Schwab, Appellant, v. Buffalo Housewrecking and Salvage Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by The New York Central Railroad Company and Syracuse-Watertown County Highway No. 278 (Plank Road), Located About Twenty-five One-Hundredths Mile South of Central Square Station in the Town of Hastings, Oswego County. (Case No. 4741.) — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Richard C. Johnson, Appellant, v. Lela Hogan Johnson, an Infant, etc., Respondent.— Motion granted and appeal dismissed, without costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Jersey Shore Trust Company, Respondent, v. James O. Sebring, Appellant.— Motion to dismiss appeal denied, without costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. William Lynch, Appellant.— Time for argument of appeal enlarged to and including November fourteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. Edward Tucholka, Appellant.— Time for argument of appeal enlarged to and including November fourteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. Stanley Frankowski, Appellant.— Motion to dismiss appeal granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. Stanley Przybyl, Appellant.— Time for argument of appeal enlarged to and including November fourteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of Samuel C. Griffin for an Order Compelling Delivery to Him by Hitchcock, Murphy, Mawhinney & Cohen, Attor-